## KEEN cont<sup>a</sup> LEWIS

Iohn Keen plaint. cont<sup>a</sup> Walter Lewis Chyrurgion Def<sup>dt</sup> The plaint. withdrew his Action.

## BROWNE cont<sup>a</sup> MARTIN

Sam<sup>ll</sup> Browne Carpenter plaint. cont<sup>a</sup> Rich<sup>d</sup> Martin Commander of the Ship Blossom Defend<sup>t</sup> for witholding the Summe of Eleven pounds six Shillings three pence or thereabout due to this plaint. for Service by him performed on s<sup>d</sup> Ship s<sup>d</sup> Martin Comm<sup>a</sup> in a Voyage from London to Amsterdam and thence to New-Castle and thence to Charlestown in New England as shall appear with damages: . . . The Jury . . . found for the plaint. Four pounds Eighteen Shillings one penny money & costs of Court allow<sup>d</sup> twenty Six Shillings.
Execution issued 6° Nov<sup>r</sup> 1679.

## IAY cont<sup>a</sup> HOBART

Joseph Iay plaint. cont<sup>a</sup> Ioshua Hobart Marrin<sup>r</sup> Defend<sup>t</sup> according to Attachm<sup>t</sup> The Court dismis't this Accion the case being depending for tryal before the Hono<sup>ble</sup> Gov<sup>r</sup> And grant The Defend<sup>t</sup> costs thirty Shillings and eight pence.
Execution issued. 10th X<sup>br</sup> 79.  [ 613 ]

## CLARKE cont<sup>a</sup> HOLMES

Major Thomas Clarke plaint. cont<sup>a</sup> Thomas Holmes Defend<sup>t</sup> in an action of debt of two hundred and Forty pounds in money due by bond, w<sup>th</sup> damages. . . . The Iury . . . found for the plaint. two hundred and Forty pounds money Forfiture of the Bond and costs of Court: Doctor Elisha Cooke appearing as Attourny to the Defend<sup>t</sup> appealed from this Judgem<sup>t</sup> unto y<sup>e</sup> next Court of Assistants and gave bond for prosecution thereof to effect.

[ Cooke's Reasons of Appeal (S. F. 1842.7) mark a new style in that class of document:

Thomas Holmes his Reasons of Appeale from y<sup>e</sup> Judgm<sup>t</sup> of y<sup>e</sup> hono<sup>rd</sup> County Court held at Boston Nove<sup>mbr</sup> 4. per Adjournm<sup>t</sup> to this hono<sup>rd</sup> Court of Assistants.
1. That y<sup>r</sup> is but one wittness to ye Bill or Bond sworne & ye Deffendant not in Towne or neare to owne or deny his hand